USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/10/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
                                                           :

SECURITIES AND EXCHANGE          :
COMMISSION,                                      :

                                Plaintiff,    :                            1:17-cv-4598-GHW

                   -v-                               :                                ORDER

ARISTA POWER, INC., PETER           :
KOLOKOURIS, WILLIAM A. SCHMITZ,    :
MICHAEL T. HUGHES, JANICE          :
PAPAPANU, MICHAEL PAPAPANU,      :
EKATERINI KOLOKOURIS, DEMITRIOS  :
KOLOKOURIS, ANASTASIOS            :
KOLOKOURIS, IOANNIS "JOHN"        :
KOLOKOURIS, SOPHIA KOLOKOURIS,   :
TERRY BECHAKAS, 100               :
DEMETRIOS, INC., 200 ANASTASIOS,    :
INC., 300 IOANNIS, INC., 400 TERRY, INC., :
500 SOFIA, INC., JUST SELL GOLD, INC.,  :
AND EXPRESS GOLD CASH, INC.        :

                                Defendants.  :

------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

**FINAL JUDGMENT AS TO DEFENDANTS JANICE PAPAPANU,
MICHAEL PAPAPANU, EKATERINI KOLOKOURIS, DEMITRIOS
KOLOKOURIS, ANASTASIOS KOLOKOURIS, IOANNIS "JOHN"
KOLOKOURIS, SOPHIA KOLOKOURIS, AND TERRY BECHAKAS**

      The Securities and Exchange Commission having filed an Amended Complaint and

defendants Janice Papapanu, Michael Papapanu, Ekaterini Kolokouris, Demitrios Kolokouris,

Anastasios Kolokouris, Ioannis "John" Kolokouris, Sophia Kolokouris, Terry Bechakas (collectively,

"Defendants") having entered a general appearance; consented to the Court's jurisdiction over

Defendants and the subject matter of this action; consented to entry of this Final Judgment without

admitting or denying the allegations of the Amended Complaint (except as to jurisdiction); waived

findings of fact and conclusions of law; and waived any right to appeal from this Final Judgment:

## I.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Defendants are permanently restrained and enjoined from violating, directly or indirectly, Rule 102 of Regulation M [17 C.F.R. § 242.102(a)], promulgated under the Securities Exchange Act of 1934 (the "Exchange Act") [15 U.S.C. § 78j(b)], in connection with a distribution of securities effected by or on behalf of an issuer or selling security holder, by bidding for, purchasing, or attempting to induce any person to bid for or purchase, a covered security (as defined by Rule 102) during the applicable restricted period.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that, as provided in Federal Rule of Civil Procedure 65(d)(2), the foregoing paragraph also binds the following who receive actual notice of this Final Judgment by personal service or otherwise:  (a) Defendant's officers, agents, servants, employees, and attorneys; and (b) other persons in active concert or participation with Defendant or with anyone described in (a).

## II.

**IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED** the Consent is incorporated herein with the same force and effect as if fully set forth herein, and that Defendant shall comply with all of the undertakings and agreements set forth therein.

## III.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

**IV.**

There being no just reason for delay, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Clerk is ordered to enter this Final Judgment forthwith and without further notice.

SO ORDERED.

Dated: September 9, 2018
      New York, New York

_____
GREGORY H. WOODS
United States District Judge