UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>-against-<br><br>ARISTA POWER, INC., ET AL.,<br><br>Defendants. | 17 Civ. 4598 (GHW)<br>ECF Case |

### STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between undersigned counsel for the remaining parties that have appeared in this action that the above-captioned action is voluntarily dismissed, with prejudice, against defendants 100 Demetrios, Inc., 200 Anastasios, Inc., 300 Ioannis, Inc., 400 Terry, Inc., 500 Sofia, Inc., Just Sell Gold, Inc., and Express Gold Cash, Inc., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Respectfully submitted,

| | |
|---|---|
| Matt Lembke, Esq.<br>Cerulli Massare & Lembke<br>45 Exchange Blvd., #925<br>Rochester, N.Y. 14614<br>(585) 454-3323<br>matt.lembke@cmllawfirm.com<br>*Counsel for defendants 100 Demetrios, Inc., 200 Anastasios, Inc., 300 Ioannis, Inc., 400 Terry, Inc., 500 Sofia, Inc., Just Sell Gold, Inc., and Express Gold Cash, Inc.*<br><br>Dated: _____ | Jack Kaufman<br>Attorney for Plaintiff<br>SECURITIES AND EXCHANGE COMMISSION<br>New York Regional Office<br>200 Vesey Street, Suite 400<br>New York, New York 10281-1022<br>(212) 336-0106<br>KaufmanJa@sec.gov<br><br>Dated: 9/17/18 |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

                    Plaintiff,

-against-

ARISTA POWER, INC., ET AL.,

                    Defendants.

17 Civ. 4598 (GHW)
ECF Case

## STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between undersigned counsel for the remaining parties that have appeared in this action that the above-captioned action is voluntarily dismissed, with prejudice, against defendants 100 Demetrios, Inc., 200 Anastasios, Inc., 300 Ioannis, Inc., 400 Terry, Inc., 500 Sofia, Inc., Just Sell Gold, Inc., and Express Gold Cash, Inc., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

                                                                Respectfully submitted,

_/s/ Matt Lembke_                                               _____

Matt Lembke, Esq.                                  Jack Kaufman
Cerulli Massare & Lembke                   Attorney for Plaintiff
45 Exchange Blvd., #925                     SECURITIES AND EXCHANGE
Rochester, N.Y. 14614                        COMMISSION
(585) 454-3323                                      New York Regional Office
matt.lembke@cmllawfirm.com              200 Vesey Street, Suite 400
*Counsel for defendants 100 Demetrios, Inc., 200*  New York, New York 10281-1022
*Anastasios, Inc., 300 Ioannis, Inc., 400 Terry, Inc.,*  (212) 336-0106
*500 Sofia, Inc., Just Sell Gold, Inc., and Express*    KaufmanJa@sec.gov
*Gold Cash, Inc.*

Dated: 9/17/18                                      Dated: _____